UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LIVINSTON PAGUANDAS,

                  Plaintiff,

       -against-

DEPARTMENT OF CORRECTIONS, ET
AL.,

                Defendants.

25-cv-9134 (LTS)

CIVIL JUDGMENT

For the reasons stated in the February 26, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

SO ORDERED.

  Dated:   March 4, 2026
           New York, New York

                      /s/ Laura Taylor Swain
                        LAURA TAYLOR SWAIN
               Chief United States District Judge